UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| PURELIGHT POWER, LLC, an Oregon limited liability company, dba PURELIGHT POWER; PLP ROOFING, LLC, an Oregon limited liability company, dba PURELIGHT ROOFING,<br><br>       Plaintiffs,<br>v.<br><br>CHESTER WESTFALL,<br><br>       Defendant. | Case No. 1:22-cv-01146-CL<br><br>**ORDER** |

    Before the Court is the Parties' Stipulated Motion to Dismiss without Prejudice (ECF No. 24). Under Federal Rule of Civil Procedure 41, the Plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). The joint stipulation at hand satisfies these requirements. Accordingly, the parties' joint stipulation is GRANTED, and the Clerk of Court is directed to close this case.

    **IT IS ORDERED** and DATED this 5th day of June, 2023.

                                              */s/ Mark D. Clarke*
                                              MARK D. CLARKE
                                              United States Magistrate Judge